IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN J. ALAMO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 10-1136-KHV |
| WICHITA AREA TECHNICAL ) | |
| COLLEGE, SHEREE UTASH, ) | |
| SHAWNA BOYD, and RACHEL BATES, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE

NOW, on this 10th day of December, 2010, the above-captioned matter comes before the Court. Plaintiff appears by and through her attorney of record, Ray E. Simmons of Ayesh Law Offices. Defendants Wichita Area Technical College, Sheree Utash, Shawna Boyd, and Rachel Bates, appear by and through their attorney of record, Edward L. Keeley of McDonald, Tinker, Skaer, Quinn & Herrington, P.A. There are no other appearances.

THEREUPON, plaintiff moves the Court for an order dismissing these defendants from this case with prejudice.

THEREUPON, the Court, having heard the statements of counsel, having reviewed the pleadings herein and being fully advised, finds that plaintiff's motion should be sustained.

IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the claims against the defendants should be and the same are hereby dismissed with prejudice as to the bringing of any further action or claim based on the facts and things alleged in plaintiff's Complaint.

IT IS FURTHER ORDERED that, as between these appearing parties, the attorney fees, costs and expenses associated with this lawsuit are hereby taxed to the party incurring same.

IT IS BY THE COURT SO ORDERED.

s/ Kathryn H. Vratil
**The Honorable Kathryn H. Vratil**
UNITED STATES DISTRICT COURT JUDGE

APPROVED BY:

**AYESH LAW OFFICES.**


By   s/ Ray Simmons
    Ray Simmons (#12296)
    8100 East 22nd Street North, Building 2300
    Wichita, Kansas 67278
    - *Attorneys for Plaintiff*


**MCDONALD, TINKER, SKAER, QUINN & HERRINGTON, P.A.**


By   s/ Edward L, Keeley
    Edward L. Keeley (#09771)
    300 West Douglas Avenue, Suite 500
    Wichita, Kansas 67202
    - *Attorneys for Defendants*